UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL SCHRADER,** | ) | CASE NO. 1:21CV987 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| **AMCRETE, LLC,** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, SR. J.**:

On June 29, 2022, the Court issued an Order (ECF DKT #21) regarding Plaintiff's counsel's Motion to Withdraw. The Court ordered Plaintiff Michael Schrader to advise the Court of new counsel or of his intention to proceed pro se by July 29, 2022. Alternatively, by the same deadline, the Court ordered Plaintiff to show cause in writing why the captioned case should not be dismissed for failure to prosecute.

The docket reflects that Plaintiff's counsel served Plaintiff with the Court's Order on June 29, 2022, by Federal Express and by email.

As of today's date, Plaintiff Michael Schrader has not filed a notice of new counsel, a

notice of intent to proceed pro se nor written cause why the case should not be dismissed.

Therefore, the captioned case is dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

**DATE: August 2, 2022**_____

 **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**